# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 26-1657       **Short Title:** United States v. Galvin

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

United States of America _____ as the

[✓] appellant(s)     [ ] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

| | |
|---|---|
| s/ Andrew G. Braniff | June 10, 2026 |
| Signature | Date |
| Andrew G. Braniff | |
| Name | |
| U.S. Dep't of Justice, Civil Rights Division, Appellate Section | 202-532-3803 |
| Firm Name (if applicable) | Telephone Number |
| Ben Franklin Station, P.O. Box 14403 | 202-514-8490 |
| Address | Fax Number |
| Washington, D.C.  20044-4403 | andrew.braniff@usdoj.gov |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 1216603

Has this case or any related case previously been on appeal?

[✔] No     [ ] Yes   Court of Appeals No._____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).