# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 26-1657          **Short Title:** United States v. Galvin

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

United States of America _____ as the

[✔] appellant(s)          [  ] appellee(s)          [  ] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)

s/ Joshua R. Zuckerman _____      June 10, 2026 _____
Signature                                                             Date

Joshua R. Zuckerman _____
Name

United States Dep't of Justice, Civil Rights Division, Appellate Section      771-333-0027 _____
Firm Name (if applicable)                                                             Telephone Number

Ben Franklin Station, P.O. Box 14403 _____      202-514-8490 _____
Address                                                             Fax Number

Washington, D.C.  20044-4403 _____      joshua.zuckerman@usdoj.gov _____
City, State, Zip Code                                                             Email (required)

Court of Appeals Bar Number: 1224604 _____

Has this case or any related case previously been on appeal?

[✔] No          [  ] Yes  Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).