# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name  United States v. Galvin

District Court Case No.  1:25-cv-13816          District of Massachusetts

Date Notice of Appeal filed  06/01/2026          Court of Appeals Case No.  26-1657

Form filed on behalf of  United States of America

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal  ✓ (No hearing held)

Transcript Already Filed in District Court.  List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter _____

Phone Number of Reporter _____

A. _____  **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | _____ |
| ☐ Opening Statement (plaintiff) | _____ |
| ☐ Opening Statement (defendant) | _____ |
| ☐ Trial | _____ |
| ☐ Closing Argument (plaintiff) | _____ |
| ☐ Closing Argument (defendant) | _____ |
| ☐ Findings of Fact/Conclusions of Law | _____ |
| ☐ Jury Instructions | _____ |
| ☐ Change of Plea | _____ |
| ☐ Sentencing | _____ |
| ☐ Bail hearing | _____ |
| ☐ Pretrial proceedings (specify) _____ | _____ |
| ☐ Testimony (specify ) _____ | _____ |
| ☐ Other (specify) _____ | _____ |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. _____  **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐ Private funds.

☐ Government expense (civil case).  IFP status has been granted and a motion for transcript at government expense has been allowed.  (Attach a copy of the order to each copy of this order form.)

☐ Criminal Justice Act.  A CJA Form 24  has been approved by the district court judge.

☐ Criminal Justice Act.  A CJA Form 24 is attached for authorization by the court of appeals.

☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name  Chistopher J. Gardner          Filer's Signature  s/ Christopher J. Gardner

Firm/Address  USDOJ 150 M STREET NE, 8.923, WASHINGTON D.C. 20002          Filer's Email address  Christopher.Gardner@usdoj.gov

Telephone number  (202) 812-2631          Date mailed to court reporter  6/24/2026

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)                    **SEE INSTRUCTIONS ON REVERSE**