# United States Court of Appeals
## For the First Circuit

No. 26-1657

UNITED STATES,

Plaintiff - Appellant,

v.

WILLIAM F. GALVIN, in the official capacity as Secretary of the Commonwealth of Massachusetts; MASSACHUSETTS ALLIANCE FOR RETIRED AMERICANS; COMMON CAUSE; JANE DOE INC.; JUAN PABLO JARAMILLO; NEW ENGLAND STATE AREA CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,

Defendants - Appellees.

No. 26-1665

UNITED STATES,

Plaintiff - Appellant,

v.

GREGG AMORE, in the official capacity as Secretary of State of Rhode Island; COMMON CAUSE; CATHERINE SAUNDERS; STUART WALDMAN; JULIA SANCHES; SEIU DISTRICT 1199NE; RHODE ISLAND ALLIANCE FOR RETIRED AMERICANS; CAROLYN BETENSKY; MICHAEL ZACK MEZERA,

Defendants - Appellees.

No. 26-1676

UNITED STATES,

Plaintiff - Appellant,

v.

SHENNA BELLOWS, in the official capacity as Secretary of the State of Maine; STATE OF MAINE; JOHN SCHNECK; MARPHEEN CHANN; LEAGUE OF WOMEN VOTERS OF MAINE,

Defendants - Appellees.

---

**ORDER OF COURT**

Entered: July 6, 2026

In each of the above-captioned appeals, plaintiff-appellant has filed a motion to consolidate and a motion to expedite. The court has received responses and replies and has considered carefully the arguments set out in each relevant filing. The requests to consolidate and to expedite are resolved as follows.

Regarding the request to consolidate, the appeals will be briefed separately, but the court will coordinate resolution of the appeals to the extent practicable and appropriate.

Regarding the request to expedite, a standard briefing schedule immediately will be entered in each appeal. Plaintiff-appellant is free to file its opening brief in each case before the deadline set out in the operative schedule and is free to file any reply brief immediately upon service of the relevant response brief. See generally Fed. R. App. P. 31(a) ("The appellee must serve and file a brief within 30 days after the appellant's brief is served. The appellant may serve and file a reply brief within 21 days after service of the appellee's brief . . . .").

Oral argument, to the extent ultimately deemed necessary, will be scheduled as soon as practicable.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Christopher Chen-Hsin Wang, Donald Campbell Lockhart, Abraham R. George, Andrew Braniff, David N. Goldman, Christopher J. Gardner, Joshua Robert Zuckerman, John Casali, Anne L. Sterman, Vanessa Arslanian, Phoebe Fischer-Groban, Jessie J. Rossman, Ari Joseph Savitzky, Theresa J. Lee, Sophia Lin Lakin, Suzanne Schlossberg, Thomas Robert Kiley, Daniel J. Freeman, Megan K. Smith, Kimberly I. Friday, Andrew George Pappas, Mary Ruth O'Grady, John S. Bullock, Christopher D. Dodge, David Robert Fox, Kevin Ronald Kowalewski, Tori Shaw, Branden D. Lewiston, Lauren S. Zurier, Kevin M. Bolan, James Thomas Tucker, James J. Arguin, Kyla Duffy, Lynette J. Labinger, William Miles Hughes, Patricia Jia Yan, Miriam Weizenbaum, Amy Retsinas Romero, Gil Alan Bianchi Jr., Virginia Anne Williamson, Lindsay Feinberg, Meredith Baker, Brittany E. Bennett, Timothy F. Mellett, Michael Gates, Jonathan Richard Bolton, Jason David Anton, James G. Monteleone, Elisabeth C. Frost, Allan K. Townsend, Daniel S. Lenz,

Maura Eileen O'Connor, Andrew B. Garber, Heather S. Szilagyi, Alexis Denae Grady, Renata S. O'Donnell, Robert Brent Ferguson, Sejal S. Jhaveri, Katherine S. Hamilton, Zachary L. Heiden, Carol J. Garvan, Jonathan J. Topaz, Melissa A. Hewey, Donald K. Sherman, John Brent Hill, Kristin K. Mayes, Robert Bonta, Philip J. Weiser, Kathleen Jennings, Anne E. Lopez, Kwame Raoul, Peter J. Brann, Dana Nessel, Keith Ellison, Aaron D. Ford, Matthew J. Platkin, Raul Torrez, Letitia James, Daniel A. Rayfield, Peter F. Neronha, Charity R. Clark, Nicholas W. Brown, Walter F. McKee, Noah Bokat-Lindell