**U.S. Department of Justice**

Civil Rights Division

*Appellate Section*
*Ben Franklin Station*
*P.O. Box 14403*
*Washington, DC 20044-4403*

October 21, 2026

**VIA CM/ECF**

Anastasia Dubrovsky, Clerk of Court
Office of the Clerk
United States Court of Appeals
for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

**Re: *United States v. Galvin*, No. 26-1657 (1st Cir.) – Response to Rule 28(j) Letter**

Dear Ms. Dubrovsky:

The United States submits this letter in response to the Common Cause appellees' Letter filed on October 14, 2026. In *Common Cause v. United States Department of Justice*, No. 1:26-cv-1352-SLS, 2026 WL 3033772 (D.D.C. Oct. 9, 2026) (Op.) ), the district court "set[] aside and vacate[d]" the Department of Justice's (DOJ) so-called "Voter List Maintenance Policy" under the Administrative Procedure Act. *Id.* at *36. The Department of Justice (DOJ) has appealed and sought a stay of that decision, which the United States does not interpret to impact this ongoing appeal. Doc. 57, at 2, 13 (No. 1:26-cv-1352-SLS). Only a few aspects of that decision are relevant to the limited questions before this Court regarding the demand for Massachusetts's statewide voter registration list.

First, the *Common Cause* court held that the DOJ's "Title III demand letters" do not contain "a statement of the basis and the purpose therefor." Op. at *22-24 (citation omitted). However, the court did not discuss, let alone assess, the record in this case—including the particular letter, surrounding context, and correspondence. *See ibid.* The demand letter was sufficient. U.S. Br. 21-34.

Second, that court held that the DOJ violated the Privacy Act by using an inadequate SORN and collecting records that purportedly describe how individuals exercise their First Amendment rights. Op. at *28-31. These arguments are meritless. U.S. Br. 42-45.

Finally, the court addressed matters relevant to the E-Government Act. Op. at *34-35. Although appellees raised the E-Government Act in the district court, those arguments lack merit (*see* U.S. Br. 45-49), and defendants have abandoned them on appeal (*see* U.S. Reply Br. 27).

Sincerely,

s/ Joshua R. Zuckerman
JOSHUA R. ZUCKERMAN
Attorney
Department of Justice
Civil Rights Division
Appellate Section
Ben Franklin Station
P.O. Box 14403
Washington, D.C. 20044-4403
(771) 333-0027

cc: Counsel of Record (via CM/ECF)